**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6853**

JAMES A. CALHOUN-EL,

                Plaintiff - Appellant,

        v.

GRAY    D.    MAYNARD;    CORRECTIONAL    MEDICAL    SERVICES,
INCORPORATED,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:09-cv-03085-RDB)

Submitted:  October 14, 2010          Decided:  October 22, 2010

Before MOTZ, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James A. Calhoun-El, Appellant Pro Se. Philip Melton Andrews,
Mary Beth Ewen, KRAMON & GRAHAM, PA, Baltimore, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James A. Calhoun-El appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Calhoun-El v. Maynard, No. 1:09-cv-03085-RDB (D. Md. June 4, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED